IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE RAMIREZ-ABARCA,<br><br>      Plaintiff,<br><br>vs.<br><br>HIGH TECH LANDSCAPES, INC. and PAUL CERNUTO, individually,<br><br>      Defendants. | Case No.: 3:18-cv-13778-FLW-LHG<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

Pursuant to Fed. R. Civ. P. 41(a), this matter having been settled in its entirety, the Parties to this matter, through their attorneys, stipulate and agree that the instant action, shall be and hereby is dismissed with prejudice, without rights of appeal, with each party to bear its own costs and attorneys' fees.

For the Plaintiff

Dated: January 22, 2019

For the Defendants

Dated: January 22, 2019

/s/ Andrew Glenn
Andrew Glenn, Esquire
**JAFFE GLENN LAW GROUP, P.A.**
301 North Harrison Street, Suite 9F, #306
Princeton, New Jersey 08540
Telephone: (201) 687-9977
*Attorneys for Plaintiff*

s/s/ Susan Swatski
Susan Swatski, Esquire
Hill Wallack
21 Roszel Road
Princeton, New Jersey 08540
(t) (609) 924-0808
*Attorneys for Defendants*

**IT IS SO ORDERED:**

DATED: 1/23/19                                  /s/ Freda L. Wolfson
                                                _____
                                                HON. JUDGE FREDA L. WOLFSON USDJ